IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KORRIN OSBORNE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 11-00638-KD-N |
| | ) |
| **TONY PATTERSON, et al.,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered herewith, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendants, Dexter Brown, Michael Watson, Brian Davis, Benjamin Davis, and Jonathan Peavy and against the plaintiff, Korrin Osborne.

**DONE** this 25th day of September 2013.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE